IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                    No. CIV S-06-1301 MCE KJM P

    vs.

C. HALL, et al.,

      Defendants.         <u>ORDER</u>

                            /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 5, 2007 application for an extension of time is granted; and

        2. Plaintiff shall file an amended complaint on or before March 12, 2007.

DATED: February 9, 2007.

                                                  U.S. MAGISTRATE JUDGE

1/mp
ferg1301.36