IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

        Plaintiff,                     No. CIV S-06-1301 MCE KJM P

    vs.

C. HALL, et al.,

        Defendants.            <u>ORDER</u>

                               /

        Plaintiff has requested an extension of time to submit the documents necessary for service of process. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 3, 2007 application for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service of process.

DATED: July 12, 2007.

                                               U.S. MAGISTRATE JUDGE

/mp
ferg1301.36(2)