IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                       No. CIV S-06-1301 MCE KJM P

    vs.

C. HALL, et al.,

      Defendants.             ORDER

_____/

      On August 15, 2007, plaintiff filed a document which the court construes as a supplement to his amended complaint. This document shall be placed in the court's file and disregarded as supplemental complaints are not allowed pursuant to Local Rule 15-220. <u>See also</u> Fed. R. Civ. P. 15.

DATED: August 22, 2007.

                                      U.S. MAGISTRATE JUDGE

1
ferg1301.sup