IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                    No. CIV S-06-1301 MCE KJM P

      vs.

C. HALL, et al.,

      Defendants.          <u>ORDER</u>

                            /

        Plaintiff is a California prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On August 21, 2007 the court ordered the United States Marshal to serve the complaint on defendant Hall. Process directed to defendant Hall was returned unserved. Plaintiff must provide more information regarding defendant Hall so that the U.S. Marshal can complete service of process. At a minimum, plaintiff must provide defendant Hall's first name. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff and complete the documents identified below. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff a USM-285 form, along
3  with an instruction sheet and a copy of the amended complaint filed March 16, 2007; and
4     2. Within sixty days from the date of this order, plaintiff shall complete and
5  submit the attached Notice of Submission of Documents to the court, with the following
6  documents:
7           a. One completed USM-285 form; and
8           b. Two copies of the endorsed amended complaint filed March 16, 2007.
9  DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1/dd
ferg1301.8e

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                No. CIV S-06-1301 MCE KJM P

   vs.

C. HALL, et al.,                  NOTICE OF SUBMISSION

      Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                            Amended Complaint

DATED:

                                  _____
                                  Plaintiff