1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JIM FERGUSON,

11              Plaintiff,                     No. CIV S-06-1301 MCE KJM P

12        vs.

13    C. HALL, et al.,

14              Defendants.                    <u>ORDER</u>

15    _____/

16              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17    seeks relief pursuant to 42 U.S.C. § 1983.

18              On March 24, 2008, the court ordered the United States Marshal to serve the

19    complaint on defendants.  Process directed to defendant Hall was returned unserved because

20    there are several C. Halls that work for the California Department of Corrections and

21    Rehabilitaiton.  Plaintiff must provide additional information to serve defendant Hall.  Plaintiff

22    shall promptly seek such information through discovery, the California Public Records Act,

23    Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

24    information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

25    /////

26    /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the amended complaint filed March 16, 2007; and

4        2.  Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7            a.  One completed USM-285 form for defendant Hall; and

8            b.  Two copies of the endorsed amended complaint filed March 16, 2007;

9  or show good cause why he cannot provide such information.

10  DATED:  May 2, 2008.

11                                          _____

12                                          U.S. MAGISTRATE JUDGE

13  /mp
    ferg1301.8e(2)

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIM FERGUSON,

11           Plaintiff,                    No. CIV S-06-1301 MCE KJM P

12      vs.

13   C. HALL, et al.,                      NOTICE OF SUBMISSION

14           Defendants.                   OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           ___1___      completed summons form

19           ___1___      completed USM-285 forms

20           ___2___      copies of the_ March 16, 2007 _____
                                         Amended Complaint

21   DATED:

22

23                                   _____
                                     Plaintiff
24

25

26