IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                    No. CIV S-06-1301 MCE KJM P

    vs.

C. HALL, et al.,

      Defendants.         ORDER

                                /

          Plaintiff has filed a motion to compel discovery. Plaintiff's motion is not proper because no defendant has been served with process. Plaintiff's motion (#40) is denied.

DATED: June 16, 2008.

                                      _____
                                      U.S. MAGISTRATE JUDGE

1
ferg1301.mtc