IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                        No. CIV S-06-1301 MCE KJM P

   vs.

C. HALL, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action filed under 42 U.S.C. § 1983. On March 24, 2008, the court ordered the United States Marshal to serve process on defendant C. Hall. The United States Marshal attempted to serve C. Hall at High Desert State Prison, but determined that there is nobody by that name that works there. The Marshal also determined that there are several C. Halls that either work for or have worked for the California Department of Corrections and Rehabilitation. Accordingly, the Marshall could not serve the person plaintiff identified as C. Hall.

        After service was returned unexecuted, the court ordered plaintiff to provide more information about the person he identified as C. Hall so that the Marshal could effectuate service. Plaintiff has indicated that he has no other information to provide.

/////

1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  The Clerk of the Court serve a copy of this order on the Attorney General of the State of California; and

        2.  Within thirty days, the Attorney General shall (1) inform the court if the current address of Correctional Officer C. Hall who worked at High Desert State Prison between 2001 and 2003, can be ascertained and, if so, (2) provide the court with his address.

DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1
ferg1301.ag